Ross Cornell, Esq. (SBN 210413)
LAW OFFICES OF ROSS CORNELL, APC
Email: *rc@rosscornelllaw.com*
P.O. Box 1989 # 305
Big Bear Lake, CA  90036
Phone: (562) 612-1708
Fax: (562) 394-9556

Attorney of Record for Plaintiff,
Bryan Estrada

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bryan Estrada, | Case No.: 5:20-cv-02362-JGB-KK |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | |
| Park Lane Mobile Homes, et al. | |
| Defendants. | |

**TO THE HONORABLE UNITED STATES DISTRICT COURT AND TO THE CLERK OF THE COURT:**

In accordance with Local Rule 16-15.7, Plaintiff hereby submits this Notice of Settlement to notify the Court that the lawsuit has been settled in

-1-
NOTICE OF SETTLEMENT

its entirety as to all parties and all causes of action.

Respectfully submitted,

Dated: April 05, 2021                **LAW OFFICES OF ROSS CORNELL, APC**

                         By: /s/ *Ross Cornell*
                             Ross Cornell, Esq.,
                             Attorneys for Plaintiff,
                             Bryan Estrada