Ross Cornell, Esq. (SBN 210413)
LAW OFFICES OF ROSS CORNELL, APC
Email: *rc@rosscornelllaw.com*
P.O. Box 1989 #305
Big Bear Lake, CA 92315
Phone: (562) 612-1708
Fax: (562) 394-9556

Attorney of Record for Plaintiff,
Bryan Estrada

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bryan Estrada,<br><br>Plaintiff,<br><br>v.<br><br>Park Lane Mobile Homes, et al.<br><br>Defendants. | Case Number:<br>5:20−cv−02362 JGB (KKx)<br><br>**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE** |

**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE**

Plaintiff BRYAN ESTRADA and Defendants PARK LANE MOBILE HOMES and FITZGERALD FAMILY PARTNERSHIP hereby stipulate as follows:

1. Plaintiff's entire complaint as to all parties and all causes of action is hereby dismissed *with prejudice*; and

2. The parties shall bear their own attorneys' fees and costs.

**IT IS SO STIPULATED.**

Dated:  April 17, 2021            By:  /s/ *Ross Cornell*
                                       Ross Cornell, Esq.,
                                       Attorneys for Plaintiff,
                                       BRYAN ESTRADA

Dated:  April 17, 2021            By:  /s/ *Ryan J. Egan*
                                       Ryan J. Egan, Esq.,
                                       Attorneys for Defendants,
                                       PARK LANE MOBILE HOMES and
                                       FITZGERALD FAMILY
                                       PARNTERSHIP

## SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated: April 17, 2021        LAW OFFICES OF ROSS CORNELL, APC

                             By:  /s/ *Ross Cornell*
                                  Ross Cornell, Esq.,
                                  Attorneys for Plaintiff